# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

-FILED-

JUN 30 2025

At _____
Chanda J. Berta, Clerk  M
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

__Michael Orvas Beers__,
[You are the PLAINTIFF, print your full name on this line.]

v.

__Quality Correctional Care__,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number __1 : 25 CV 344__
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Jordan Gregory | 417 S. Calhoun St. Ft. Wayne IN 46802 |
| 2 | [Put the names of any other defendants in these boxes.] Shawna West | 417 S Calhoun St. Ft. Wayne IN 46802 |
| 3 | Lindsey Morrison | 417 S Calhoun St Ft. Wayne IN 46802 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __4__

2. What is the name and address of your prison or jail? __417 South Calhoun St Ft Wayne Indiana 46802__

3. Did the event you are suing about happen there? ☑ Yes.  ○ No, it happened at: _____

4. On what date did this event occur? __January 9th - Currently__

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

   **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

   **DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I was detained pre-trial on 1-9-25. I informed staff of Quality Correctional Care of the Active prescriptions I was taking and why I was taking them. The medications were 40mg of methadone once Daily, Xanax 2mg twice Daily, OxyCodone 10mg every 12 hours for break through pain. These prescriptions were verified through Warren Pharmacy, In Warren Indiana. The physician Prescribing medications was Dr. Phillip Johnson.
   I Started going through Horrible withdrawl symptoms and was consistantly approaching Quality Correctional Care Staff asking when and if my medications were on the medication cart. I had informed them I had been in two seperate accidents and had a tramatic brain injury prior to my Detention. The withdrawl got very Severe. On multiple occasions I had thrown up and Defecated on myself multiple times. They left me in a holding cell for 8 days. I had Came in weighing 125 lbs and when they moved me to the medical unit I had lost 12 pounds in 8 Days. I wrote multiple requests and grievances and the defendants closed them out and ignored my verbal requests as well as grievances filed.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

## Claims and Facts (continued)

Quality Correctional Care failed to allow me access to my medical records. They have ignored and closed out my medical requests and grievances. It took over 30 days to see someone who is able to prescribe medication - I'm still suffering from Post-Acute withdrawal, I started hearing voices 72 hours after withdrawal started and they have never stopped. I suffer from night sweats and night terrors if and when I finally get sleep. I have PTSD, constant stress and anxiety that something serious will happen to my health and it be ignored by medical staff. I wrote a request about hearing voices still it was ignored. I was prescribed Methadone 40mg Daily for opioid use disorder, Xanax 2mg twice daily, and Oxycodone 10mg every 12 hours. Without my Medicated Assisted treatment I'm more susceptible to overdose or relapse occurs the Supreme ruled I was entitled to continue prior Methadone treatment I was moved before detention - Cudnik vs Kreoger. Defendants violated my 8th Amendment 14th Amendment and they failed to train their staff as how to how to properly treat a patient prescribed to these Controlled Substances, and patients going through such severe withdrawal. I was prescribed Methadone and Xanax for close to 18 months. Deliberate indifference was shown by Quality Correctional Care by allowing other inmates to receive Medicated Assisted Treatment medication and wouldn't allow me to because I couldn't pass a urine drug screen - On 2/10/25 Jordan Gregory closed my grievance at 23:59 on 2/15/25 Lindsay Morrison closed my grievance at 23:59 Shaun West ignored my verbal requests on multiple occasions and closed a request to medical. Exact time and date will be given once discovery is complete - I can't see my medical records without an Attorney.

5. When did this event happen?
   - ○ Before I was confined.
   - ☑ While I was confined awaiting trial.
   - ○ After I was convicted while confined serving the sentence.
   - ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ☑ No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ○ No, this event is not grievable at this prison or jail.
   - ☑ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ○ Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   I am requesting relief in the form of monetary damages of $1,000,000 and to recieve my Active Prescription of 40mg of Methadone once Daily.

[Initial Each Statement]
   ✓   I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
   ___ I will keep a copy of this complaint for my records.
   ___ I will promptly notify the court of any change of address.
   ___ I WILL NOT send more than one copy of any filing to the court.
   ___ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
   ___ I declare under penalty of perjury that the statements in this complaint are true.

   I placed this complaint in the prison mail system on  6 / 23 /20 25  at 10:00 am/pm
   [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

   _Michael O Beers_                                    _389624_
   Signature                                            Prisoner Number

   [DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]