AO 450 (Rev. 11/11)  Judgment in a Civil Action

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

MICHAEL ORVAS BEERS )
)
       Plaintiff )
v. ) Civil Action No. 1:25-CV-344
)
QUALITY CORRECTIONAL CARE; )
)
JORDAN GREGORY;

SHAUNA WEST;

LINDSAY MORRISON

       Defendants

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that (*check one*):

☐ the plaintiff (*name*) _____ recover from the defendant (*name*) _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of ____%, plus post-judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (*name*) _____ recover costs from the plaintiff (*name*) _____ .

**X** other: This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Cristal C. Brisco.

DATE:  10/10/2025

*Chanda J. Berta, Clerk of Court*

by  s/E. Yike
*Signature of Clerk or Deputy Clerk*